**APPENDIX**

| | | |
|---|---|---|
| | **SWISSPORT'S EVIDENTIARY OBJECTIONS TO EEOC'S STATEMENT OF FACTS** | |
| 1. | HEARSAY | 442, 449, 466, 467, 487, 497, 498, 523, 525, 526, 527, 528, 531, 532, 533, 534, 536, 539, 541, 542, 543, 544, 545, 547, 548, 549, 550, 551, 574, 575, 576, 780, 781, 782, 784, 786, 787, 788, 789, 790, 791, 792, 793, 794, 795, 796, 797, 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, 808, 809, 811, 826, 837, 838, 839, 840, 841, 852, 879, 880, 888, 892, 933, 963 |
| 2. | IMMATERIAL (relevance) | 444, 445, 446, 447, 448, 449, 451, 453, 454, 455, 457, 458, 459, 460, 461, 462, 463, 468, 469, 470, 471, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 490, 491, 492, 493, 496, 498, 499, 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 521, 522, 524, 525, 526, 527, 528, 529, 530, 531, 535, 537, 546, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 565, 566, 567, 568, 569, 570, 571, 572, 577, 780, 781, 782, 791, 792, 793, 794, 795, 796, 797, 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, 808, 809, 811, 812, 813, 816, 817, 818, 819, 820, 821, 822, 823, 824, 825, 826, 834, 835, 836, 838, 839, 840, 841, 842, 843, 845, 853, 854, 855, 859, 860, 861, 862, 863, 864, 865, 866, 867, 868, 869, 870, 871, 872, 873, 874, 875, 879, 880, 885, 895, 897, 898, 899, 900, 908, 913, 914, 915, 916, 917, 918, 919, 926, 928, 929, 930, 931, 932, 933, 943, 944, 945, 946, 947, 948, 949, 950, 951, 952, 953, 954, 955, 956, 957, 958, 959, 960, 961, 962, 963, 964, 965, 966, 967, 968, 969, 970, 971, 973, 974, 977, 981, 982, 983, 987, 988, 989, 990, 991, 992, 993, 994, 995, 996, 997, 998, 999, 1000, 1007, 1008, 1009 |

| | SWISSPORT'S EVIDENTIARY OBJECTIONS TO EEOC'S STATEMENT OF FACTS | |
|---|---|---|
| 3. | VAGUE AND AMBIGUOUS | 455, 463, 464, 466, 467, 489, 497, 498, 511, 512, 513, 514, 515, 517, 525, 526, 527, 528, 532, 533, 534, 536, 537, 538, 541, 542, 543, 544, 545, 547, 548, 549, 550, 551, 552, 553, 554. 555, 556, 557, 558, 559, 560, 561, 562, 563, 565, 566, 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 780, 781, 783, 784, 785, 787, 791, 792, 793, 794, 795, 796, 797, 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, 808, 809, 814, 815, 816, 817, 818, 820, 821, 822, 825, 830, 831, 834, 836, 839, 840, 844, 845, 846, 847, 848, 852, 864, 866, 879, 880, 889, 892, 895, 896, 897, 898, 910, 911, 913, 914, 918, 934, 935, 938, 940, 944, 967, 969, 982, 1006 |
| 4. | LACK OF FOUNDATION | 453, 455, 463, 464, 466, 467, 498, 507, 511, 512, 521, 522, 523, 524, 525, 526, 527, 528, 529, 530, 531, 532, 533, 534, 535, 536, 539, 537, 530, 541, 542, 543, 544, 545, 548, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 565, 566, 567, 568, 573, 574, 575, 576, 784, 785, 786, 787, 788, 789, 790, 792, 793, 794, 795, 796, 797, 798, 799, 800, 801, 802, 803, 804, 805, 806, 807, 808, 809, 811, 821, 822, 831, 837, 841, 852, 866, 879, 880, 892, 895, 903, 911, 916, 917, 918, 934, 935, 940, 941, 943, 944, 961, 967, 968, 969, 989, 990, 991, 992, 993, 994, 995 |
| 5. | SPECULATION | 453, 470, 521, 522, 524, 526, 530, 531, 540, 546, 556, 557, 561, 562, 573, 574, 575, 576, 780, 831, 836, 964, 977, 984, 1006, |

4824-2157-2113, v. 1